# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANDERSON LEE FERNANDERS,

    Plaintiff,

v.                                                            Case No. 12-11752

MICHIGAN DEPARTMENT OF MILITARY
AND VETERANS AFFAIRS and MICHIGAN
YOUTH CHALLENGE ACADEMY,

    Defendants.
                                           /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Reconsideration" dated October 29, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants. Dated at Detroit, Michigan, this 29th day of October 2013.

                                                       DAVID J. WEAVER
                                                       CLERK OF THE COURT

                                                       s/ Lisa Wagner
                                                 By: Lisa Wagner, Case Manager
                                                     to Judge Robert H. Cleland